IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JACKIE CARTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAMES GREEN, EDWARD WALL,<br>MICHAEL DITTMAN, MICHAEL MEISNER,<br>DONALD MORGAN, CHAD KELLER,<br>FERN SPRINGS, MERIDITH MESHAK,<br>CANDACE WARNER, LORI ALSOM,<br>KAREN ANDERSON, DENISE VALERIOUS,<br>MELISA THORNE, TRISH STRECKER-<br>ANDERSON, KIM CAMPBELL, DR. WOOD,<br>DR. JOHNSTON, LT. LUCAS WOGERNESE,<br>RICHARD DONOVAN, SGT. MORIN,<br>SGT. HAAG, SGT. FOSTER, SGT. PILLAR<br>and KEISHA PERRENOUD,<br><br>　　　Defendants, | JUDGMENT IN A CIVIL CASE<br><br>15-cv-165-wmc |

　　This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| | |
|---|---|
| 　　　/s/ | 3/12/2018 |
| Peter Oppeneer, Clerk of Court | Date |